IN THE UNITED STATE BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

ENTERED
03/17/2020

In re: §
Barbara Ann Christine Bowden, §   Case No. 14-34645
Debtor. §   (Chapter _13)

## ORDER TO DISBURSE UNCLAIMED FUNDS

1. This Order pertains to these unclaimed funds:

| Amount deposited in registry | $6,913.17 |
|---|---|
| Original Claimant's Name | Barbara Ann Christine Bowden |
| Original Claimant's current address | 10115 Rosbrook Ct, Houston, TX 77038 |

2. The Clerk is directed to pay the unclaimed funds referenced in paragraph 1 to:

| Mark One | Pay to: |
|---|---|
| ✓ | The Original Claimant at the address shown in paragraph 1. *(This option must be used if paid pursuant to Bankruptcy Local Rule 3011-1(c) or 3011-1(d).)* |
| ☐ | The Original Claimant, but mailed c/o _____. *(This option may be used only pursuant to Bankruptcy Local Rule 3011-1(e).)* |
| ☐ | Payee: _____<br>Address: _____<br><br>*(This option may be used only (i) pursuant to Bankruptcy Rule 3011-1(f); or (ii) if Applicant is a representative of a deceased claimant's estate.)* |

Signed: March 17, 2020

Christopher Lopez
United States Bankruptcy Judge